# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OSTEOPLASTICS, LLC,

          Plaintiff,

   v.

ZIMMER BIOMET HOLDINGS, INC., AND
ZIMMER, INC.,

          Defendant.

C.A. No. _____

**JURY TRIAL DEMANDED**

## OSTEOPLASTIC, LLC'S CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Osteoplastics, LLC ("Osteoplastics") certifies that Osteoplastics does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated:  March 20, 2020

FISH & RICHARDSON P.C.

By:   */s/ Martina Tyreus Hufnal*
     Martina Tyreus Hufnal (No. 4771)
     222 Delaware Ave., 17th Floor
     P.O. Box 1114
     Wilmington, DE 19899-1114
     Tel.: (302) 652-5070
     hufnal@fr.com

OF COUNSEL:

William R. Woodford
Jason M. Zucchi
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070 Telephone
(612) 288-9696 Facsimile
woodford@fr.com
zucchi@fr.com

*Attorneys for Plaintiff Osteoplastics, LLC*